**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RANDOLPH SCOTT BURTON,<br><br>        Plaintiff,<br><br>vs.<br><br>WALGREEN CO.,<br><br>        Defendant. | 2:14-cv-00084-JCM-VCF<br>**ORDER** |

Before the court is Defendant Walgreen Co.'s Emergency Motion for Protective Order (#21).

IT IS HEREBY ORDERED that any opposition to Defendant Walgreen Co.'s Emergency Motion for Protective Order (#21) must be filed by January 16, 2015. No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant Walgreen Co.'s Emergency Motion for Protective Order (#21) is scheduled for 10:00 a.m., January 21, 2015, in courtroom 3D.

DATED this 12th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE