**LAW OFFICE OF DAVID SAMPSON**
David F. Sampson, Esq.
Nevada Bar No.6811
200 E. Charleston Blvd.
Las Vegas, NV 89104
Telephone: (702) 605-1099
Facsimile: (888) 209-4199
david@davidsampsonlaw.com

Attorney for Plaintiff
RANDOLPH SCOTT BURTON

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH SCOTT BURTON,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., dba WALGREENS, a foreign corporation; DOE PHARMACIST I; DOE; PHARMACIST II; DOE PHARMACIST TECHNICIAN; DOES IV-X; ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00084-JCM-VCF<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on July 16, 2015 upon Plaintiff's acceptance of Defendant's offer of judgment in favor of Plaintiff RANDOLPH SCOTT BURTON and against Defendant WALGREEN CO. dba WALGREENS in the amount of $75,000.00 and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

///

///

///

1

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: 7-22-15

By: _____
David F. Sampson
Attorney for Plaintiff
Randolph Scott Burton

**STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
James F. Holtz, Esq.
Nevada Bar No. 8119
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone:   (702) 304-1803
Facsimile:   (702) 304-1822
jholtz@sashlaw.com
singold@sashlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
CASE NO.: 2:14-cv-00084-JCM-VCF

**CERTIFICATE OF ELECTRONIC SERVICE**

Pursuant to LR 5-4, I hereby certify that on July 23, 2015 I served a true and correct copy of the above and foregoing **SATISFACTION OF JUDGMENT** via CM/ECF described above on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system.   Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

On:

<u>Attorneys for Plaintiff</u>
Brock K. Ohlson, Esq
BROCK K. OHSON, PLLC
6018 S. Fort Apache, Ste. 150
Las Vegas, NV 89148
(702) 982-0055 / Fax (702) 982-0152
brock@injured.vegas

David F. Sampson, Esq.          <u>Attorneys for Plaintiff</u>
200 E. Charleston Blvd.          (702) 605-1099 / Fax (888) 209-4199
Las Vegas, Nevada 89104          david@davidsampsonlaw.com

_____
Vivian Krotzer
An Employee of STUTZ ARTIANO SHINOFF & HOLTZ

1

Stutz Law San Diego/1329/99/PL/S0246571.DOCX